UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CSP SOLANO,<br><br>　　　　Defendant. | No. 2:24-cv-2666 DC CKD P<br><br><br>ORDER |

　　　　Plaintiff filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

　　　　2. Plaintiff shall file a second amended complaint on or before May 19, 2025. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 30, 2025

　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly
clar2666.36

1