UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. CLARK,<br>Plaintiff,<br>v.<br>CSP SOLANO, et al.,<br>Defendants. | No. 2:24-cv-2666-DC-CKD (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 19) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 19. Plaintiff has filed objections to the findings and recommendations. ECF No. 20. However, in his objections, Plaintiff does not address the pleading deficiencies identified by the magistrate judge in the findings and recommendations, including any factual allegations to show that any defendant officer was "at least deliberately indifferent to substantial risk of harm" to Plaintiff, as is required to hold prison officials liable for an assault suffered by an inmate at the hands of another" inmate. ECF No. 19 at 2. Thus, Plaintiff's objections do not provide a basis upon which to reject the

findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED;
2. Plaintiff's second amended complaint is DISMISSED; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dena Coggins
United States District Judge